IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 16 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.                                              CRIMINAL NO.: 3:22-cr-109-DPJ-FKB-1

TERRY GRASSAREE

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is ORDERED to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so ordered.

SIGNED, _August 16, 2023_ at Jackson, Mississippi.

_____
UNITED STATES MAGISTRATE JUDGE

_Kimberly Purdie_
Assistant United States Attorney

_[signature]_
Defense Attorney