# RE: [EXTERNAL] Re: Grassaree phone extraction and other discovery

| | |
|---|---|
| From: | Purdie, Kimberly (USAMSS) (kimberly.purdie@usdoj.gov) |
| To: | goodwinlawfirm@bellsouth.net |
| Cc: | dave.fulcher@usdoj.gov |
| Date: | Monday, October 30, 2023 at 10:33 AM CDT |

Mr. Goodwin,

Good morning. Most of the items you requested below have been produced. We located the phones you asked about. They are in FBI custody and being dumped by FBI. I was told those should be ready this week. I'll turn that evidence over ASAP.



REDACTED