(662) 726-5133

**NOXUBEE COUNTY**
MACON, MISSISSIPPI 39341

From the Office of
**Terry M. Grassaree**
Sheriff

2832 JEFFERSON ST., STE. 1

September 4, 2019

To: Marc McClure CCAD

    MDOC

From: Sheriff Terry M. Grassaree

    Noxubee County Adult Detention Center

    211 Industrial Park RD

    Macon, MS 39341

On September 3rd, 2019 we received approximately 7 inmates that were transported to our facility from Mississippi Department of Corrections. Then on the morning of September 4th we started having technical difficulties with our wireless internet. We were locked out and could not log on due to multiple users trying to log in without the correct code. We have also been smelling a strong odor of marijuana coming from the male zone. I am requesting your assistance at this time for a jail inmate search. All help is appreciated!

Sincerely,

*Terry M. Grassaree*

Sheriff Terry M. Grassaree

GOV-041744

Composite Exhibit C

- Headset Radio, iPhone Pin
- 18 Phone Charger, tobacco & earrings
- 6 Pills
- 2 Phone, & charger
- 8 tobacco
- Williams Newport packs 1 bag of marijuana & Top
- 15 Phone charger
- Webbs Tops

14 Kill chill Phones & lighters & Newports

REDACTED

20. Razors, coins, tobacco

Shank behind Poles, coins, & tobacco
Phone behind front Pole
26. Dices, Tobacco

GOV-041745

Composite Exhibit C

# NOXUBEE COUNTY SHERIFF'S DEPARTMENT

*Sheriff Terry M. Grassaree*



2832 Jefferson ST. Macon, MS 39341 Office: 662-726-5332 Fax: 662-726-9922

## COMPLAINT REPORT

Complainant: __Sheriff Terry M. Grassaree__  Case # __1223-2019__

Address: __211 Industrial Park RD Macon, MS 39341__  Phone # __662-726-5332__

Offense: __Jail Contraband__  Place Occurred: __211 Industrial Park RD Macon, MS 39341__

Received By: __Nox-27 Lott__ Date: __09/04/2019__ Time: __1522 HRS__ Assigned To: _____

Date & Time Offense Committed: __@ approximately 1522 HRS__

Persons Attacked: __N/A__

Property Attacked: __N/A__

How Attacked: __N/A__

Details of Offense (state fully details of offense and its investigation)

On 09/04/2019 @ approximately 1522 HRS, MDOC Officer Robert Greathree and 4 other agents assisted the Noxubee County Sheriff's Department in a "shakedown" requested by Sheriff Terry M. Grassaree at the Noxubee County Adult Detention Center. On the morning of September 4th, 2019, the Wifi Internet was disabled as a result of multiple users trying to log on without the correct password. We were also smelling a strong odor of what we believed to be marijuana coming from the male zone of the facility. We had just received 6 or 7 MDOC inmates a day or two prior to this incident.

Nox- ____ Dispatched @ _____ HRS  10-23 @ _____ HRS  10-24 @ _____ HRS

Signed by Investigation Officer: _____ Date: _____

Offense Declared: _____ Unfounded _____ Cleared by Arrest _____ Inactive _____ Active _____

GOV-041746

Composite Exhibit C

(662) 726-5133

**NOXUBEE COUNTY**
MACON, MISSISSIPPI 39341

From the Office of
**Terry M. Grassaree**
Sheriff

2832 JEFFERSON ST., STE. 1

## STATEMENT OF FACTS

I, __Tabatha Lott__, the undersigned, hereby state that:

On September 4th, 2019 @ approximately 1552 HRS I was advised to search the female cell at the Noxubee County Adult Detention Center after we were having technical issues with our wifi internet due to multiple unauthorized users trying to log on without the correct password. I entered the female cell with Kanaesha Moore and Jailor Patricia Clanton, and we started the search. Upon entering the cell, REDACTED, the only female inmate at our facility, handed me a bag containing a cell phone, a small bag of tobacco, lighter and cell phone charger and made the statement, " I knew ya'll were coming so I decided to go ahead and give this to you". I advised her that we still had to proceed with the search of her cell.

While we were searching the cell, REDACTED was sitting on a small couch that was in her cell. As I was looking under the table in her cell, I noticed something black hanging out from under the couch she was sitting on. I asked her to stand up so I could turn the couch over. Once I turned the couch over I was able to reach my hand through a small hole on the underneath. At that time, I then recovered another cell phone, charger and a large bag of tobacco and lighter.

Signature: _Tabatha Lott_   Date: 9/13/19   Time: 949 am

Composite Exhibit C

GOV-041747

# EVIDENCE

**INSTRUCTIONS FOR USE:** 1. COMPLETE ALL FORM INFORMATION 2. CAREFULLY PLACE EVIDENCE ITEM INTO BAG. 3. SECURELY SEAL BAG WITH EVIDENCE TAPE.

AGENCY: NOXUBEE COUNTY SHERIFF'S DEPARTMENT   CASE #: 1223-2019   ITEM #: _____

DESCRIPTION OF CONTENTS: Cell phones, Chargers, Clippers, tobacco, shank, lighters, marijuana + pills

DESCRIPTION OF OFFENSE: Jail Contraband

SUSPECT'S FULL NAME: _____

VICTIM'S FULL NAME: _____

EVIDENCE COLLECTED BY: MDOC Agents, Deputies + Jailors   ID#: _____

EVIDENCE BAG SEALED BY: Tabatha Lott   ID#: Nox 27

SIGNATURE: X Tabatha Lott

DATE SEALED: 9/4/19   TIME SEALED: 1658   AM / (PM)

PHONE #: 662-726-5332   CELL#: 662-361-7815   FAX#: 662-726-9922

## CHAIN OF CUSTODY FORM

| FROM | TO | DATE |
|---|---|---|
| Tabatha Lott | Maurice Johnson | 9/9/19 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**FOR LABORATORY USE ONLY**

CONDITION OF BAG UPON RECEIPT AT LAB:   SEALED / OTHER: _____

RECEIVED BY: Maurice Johnson   DATE: 9/9/19

OPENED BY: _____   DATE: _____

LAB CASE #: _____

NOTES: _____

GOV-041748

Composite Exhibit C

# STATE OF MISSISSIPPI
## OFFICE OF THE DISTRICT ATTORNEY
### SIXTEENTH CIRCUIT JUDICIAL DISTRICT

**SCOTT COLOM**
DISTRICT ATTORNEY

**LINDSAY CLEMONS**
ASSISTANT DISTRICT ATTORNEY

**SCOTT ROGILLIO**
ASSISTANT DISTRICT ATTORNEY



**COLLEN HUDSON**
ASSISTANT DISTRICT ATTORNEY

**MARC AMOS**
ASSISTANT DISTRICT ATTORNEY

**TRINA DAVIDSON-BROOKS**
ASSISTANT DISTRICT ATTORNEY

POST OFFICE BOX 1044
COLUMBUS, MS 39703
TELEPHONE: 662-329-5911
FAX: 662-327-1854

Bag # 1 - Items taken from Male Zone @ NCSO
Listed items were contained in a large zip lock bag labeled male zone 9/4/19

    1 pair of Nike shoes (grey and red in color)

    1 Bible

    1 Alcatel cell phone

    1 Coolpad cell phone

    1 iPhone

    1 TCL cell phone

    1 Koss headphones clear plastic

    1 black hair clippers (no blade)

    1 Koss headphone gray & black

    1 Gray hair clippers

    Numerous charging cords & chargers

    1 Craig AM/FM Radio

    1 Coby Radio

    1 jWin radio

    1 blue glove

Composite Exhibit C

GOV-041749

Bag # 2 - Items taken from Male Zone @ NCSO
Listed items were contained in a large zip lock bag labeled male zone 9/4/19

2 Sets of playing cards

2 blue gloves

2 Ink pens

3 Cigarette lighter

1 AA batteries

2 AAA batteries

1 US dollar & Miscellaneous change

1 Condom

1 Piece of pottery

44 Dominos

2 Dice

3 Blue gloves

1 Sock ball

1 Shank

3 Newport Cigarette boxes (17 cigarettes)

1 Top rolling paper

1 Plastic food club whipped topping bowl

1 Ceramic item

1 Brown envelope with 2 unidentified pills, small bag of greenish substance (possibly marijuana) 1 homemade cigarette (Bible paper, 1 metal pin, 1 creed

Composite Exhibit C

Bag # 3 - Items taken from female Zone @ NCSO

All listed items were contained in a large zip lock bag labeled female zone 9/4/19

1 LG CELL PHONE FROM REDACTED Cell (screen cracked)

1 LG cell phone from underneath seat cushion where REDACTED was sitting.

2 cell phone charging cords from REDACTED

2 cell phone chargers with cords from REDACTED

1 large bag of cigarette tobacco

1 small bag of cigarette butts and tobacco shavings

1 small bag of cigarette shavings

Inventory done by Maurice Johnson on 9/9/19

*Jabarku Scott* 9/13/19
*Maurice Johnson* 9/13/19

**Composite Exhibit C**            GOV-041751