IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

vs.                                                            **CAUSE NO.:  3:22-cr-109-DPJ-FKB**

**TERRY GRASSAREE**                                                **DEFENDANT**

### ENTRY OF APPEARANCE

**COMES NOW** Aafram Y. Sellers, Attorney at Law, PLLC, and enters his appearance as counsel for the Defendant, Terry Grassaree, in the above-styled and numbered cause.

Respectfully submitted this the 22nd day of December, 2023.

*/s/ Aafram Y. Sellers*
**AAFRAM Y. SELLERS, MSB #100261**
*Attorney for Defendant*

**SELLERS & ASSOCIATES, PLLC**
395 Edgewood Terrace Drive
Jackson, Mississippi 39206
Telephone: (601) 352-0102
Facsimile: (601) 956-6716

### CERTIFICATE OF SERVICE

I Aafram Y. Sellers, do hereby certify that on 22nd day of December, 2023, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the ECF system, which sent notification to all counsel of record.

BY:   */s/ Aafram Y. Sellers*
      **AAFRAM Y. SELLERS**